Emergency Motion in Petition for Writ of Habeas Corpus Dismissed and
Memorandum Opinion filed January 27, 2004









Emergency Motion in
Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed
January 27, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00030-CV

____________

 

IN RE SHERRY LITTLE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 14, 2005, relator, Sherry Little,
filed a request for emergency relief, noting that the accompanying petition for
writ of habeas corpus would be filed soon thereafter.  No petition was filed.

We are unable to consider relator=s motion absent the filing of a
petition for writ of habeas corpus. 
Additionally, relator has advised the court that the request for relief
is now moot. Therefore, we dismiss relator=s motion for emergency relief.  

PER CURIAM








Petition Dismissed for Lack of
Jurisdiction and Memorandum Opinion filed January 27, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost.